M. MORTON ANSORGE, Respondent, v. CORRINE P. KANE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for ten days to enable appellant to apply to the Court of Appeals, or a judge thereof, for a

---

* Since amd. by Laws of 1926, chap. 578, effective Sept. 1, 1926.— [REP.

continuance of said stay. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.